Thursday, June 12, 2014

No. 14–0411/AF. U.S. v. Joseph W. Yanez. CCA 38181. Review granted on the following issue:

WHETHER THE MILITARY JUDGE ERRED IN APPLYING THE MARITAL PRIVILEGE.

Briefs will be filed under Rule 25.

Friday, June 13, 2014

No. 14–0341/AR.  U.S. v. Joshua K. Bass.  CCA 20130546.  Appellant's motion to file the supplement to the petition for grant of review out of time denied.

No. 14–0634/AR.  U.S. v. Christopher T. Fraser.  CCA 20130124.  On consideration of Appellant's motion to withdraw the petition for grant of review, it is ordered that said motion is hereby denied without prejudice to the subsequent filing of a motion to withdraw that complies with Rule 21(f), Rules of Practice and Procedure, or the filing of a supplement to the petition for grant of review, on or before June 30, 2014.

Monday, June 16, 2014

No. 14–0658/AR.  U.S. v. Corey J. Bennett.  CCA 20111107.  On consideration of the motions filed by Major Jacob D. Bashore for leave to withdraw as appellate defense counsel, it appears that the Judge Advocate General has assigned other counsel to represent the Appellants and the new counsel has assumed the representation of said Appellants.  Accordingly, it is ordered that said motions are hereby granted.

No. 14–0657/AF.  U.S. v. Todd J. Barlow.  CCA 37981.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to July 3, 2014.